# MEMO ENDORSED



Via ECF Filing
Honorable District Judge Edgardo Ramos                             January 5, 2023
United States District Court
Southern District Of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

      Re:  <u>ANDRES GARCIA PUEBLA v. NY ZERZA CORP. D/B/A/ Zerza Moroccan Kitchen, M&R MEDITERRANEAN CORP. D/B/A Zerza Bar and Mayahuel, BYTELOGICS, INC. D/B/A Mayahuel Mariposa, RADOUANE ELJAOUHARI and KEITH SIILATS.</u>
           <u>Case No.: 1:22-cv-06820-ER</u>

Dear Judge Edgardo Ramos:

    I was recently engaged by the Defendants NY ZERZA CORP. and M&R MEDITERRANEAN CORP. in the above entitled action and request an extension of time to February 3, 2023 for Defendants' NY ZERZA CORP. and M&R MEDITERRANEAN CORP. to respond to the Plaintiff's Complaint. I have contacted Plaintiff's counsel and he has consented to this extension. I respectfully request the Court to grant this extension of time.

    This is the first extension request in this matter. I thank your honor for the time taken to review this request.

| | |
|---|---|
| M&R Mediterranean Corp.'s and NY Zerza Corp.'s request for an extension of time to February 3, 2023 to respond to the complaint is granted. SO ORDERED.<br><br>_____<br>Edgardo Ramos, U.S.D.J<br>Dated: January 5, 2023<br>New York, New York | Respectfully submitted,<br><br>/s/ Mitchell Segal<br>_____<br>Mitchell Segal |

