UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES GARCIA PUEBLA,

                Plaintiff,

-against-

NY ZERZA CORP. D/B/A ZERZA MOROCCAN KITCHEN, M&R MEDITERRANEAN CORP D/B/A ZERZ BAR AND MAYAHUEL, BYTELOGICS, INC. D/B/A MAYHUEL MARIPOSA, RADOUANE ELJAOUHARI, and KEITH SIILATS,

                Defendants.

**ORDER**

22-cv-6820 (ER)

RAMOS, D.J.:

    This case was referred to mediation on January 6, 2023. Doc. 30. Although a mediation conference was scheduled for June 14, 2023 and rescheduled for July 20, 2023, no mediation conference has yet been held. The Mediation Program has advised the Court that the previously scheduled conferences were not held because Keith Siilats, who then had limited-scope NYLAG pro bono counsel, stated that he intended to retain full-scope counsel. Siilats was directed to retain full-scope counsel by August 20, 2023, but no attorney has yet entered an appearance on Siilats' behalf.

    The Court directs the parties to submit an update as to the status of mediation by August 28, 2023. The Court further directs Siilats to state, by the same date, whether he intends to (1) proceed *pro se*, (2) proceed with limited scope counsel, or (3) retain full-scope counsel. Should Siilats choose to retain full-scope counsel, such counsel must enter a notice of appearance by September 8, 2023.

2

      The Clerk of Court is respectfully directed to mail a copy of this Order to Siilats.  The Court further directs Siilats' limited-scope counsel, Susanne Toes, to provide Siilats a copy of this Order.

It is SO ORDERED.

Dated:   August 22, 2023
            New York, New York

                                                                                               Edgardo Ramos, U.S.D.J.