UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRES GARCIA PUEBLA,<br><br>                      Plaintiff,<br><br>        v.<br><br>NY ZERZA CORP., et al.,<br><br>                      Defendants. | 22-CV-6820 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

       An order issued on February 15, 2024, scheduled an initial pretrial conference in this matter for **February 27, 2024**, and required the parties to file a joint status letter and proposed case management plan by **February 20, 2024**.  *See* ECF No. 43.  No such materials were filed.  It is hereby **ORDERED** that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **February 23, 2024.**  The parties are advised that failure to comply with the Court's orders may result in sanctions.

       SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                                        DALE E. HO
                                               United States District Judge