# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.  Telephone: (347) 687-2019
Suite 308  cmulhollandesq@gmail.com
Astoria, NY 11106

March 27, 2024

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Garcia Puebla v. NY Zerza Corp., et al.*,
             Docket No.: 22-cv-6820 (DEH)

Your Honor:

The parties would ask for a three week extension of the existing deadline to submit their Cheeks motion. There is a proposed copy of the agreement out for client comment and review.

This is the first request for an extension.

Application **GRANTED**.

The parties shall file their materials for judicial approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 19 (2d Cir. 2015), by **April 18, 2024.**

The Clerk of Court is respectfully requested to close ECF No. 48.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: March 28, 2024
New York, New York

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Ste. 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*